No. 91–8133.  GUZMAN *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 91–8134.  FRAZIER *v.* CUSTODIAN OF THE KENTUCKY STATE REFORMATORY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–8138.  PRUNEDA-GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8145.  COUSINO *v.* ACTION MAILERS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–8149.  PATRONE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–8151.  PETTAWAY ET AL. *v.* BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–8156.  BANKS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8157.  KRAUSE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8163.  TIMBERS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8170.  ZSIDO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8176.  BLAIZE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8178.  MCNEIL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–8194.  DIGGS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8197.  LARIOS CORTES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.